**BEAR DEN ENTERPRISES; DRW PA, Inc.; David R. Williams; Nina S. Williams, Appellants.**

v.

**UNITED STATES of America; Internal Revenue Service, Appellees.**

No. 00–2153.

United States Court of Appeals,
Eighth Circuit.

Submitted Feb. 5, 2001.

Filed Feb. 9, 2001.

---

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Bear Den Enterprises and DRW PA, Inc., appeal from the district court's[1] denial of their Federal Rule of Civil Procedure 60(b) motion. Finding no abuse of discretion in that ruling, *see Sanders v. Clemco Indus.*, 862 F.2d 161, 169 (8th Cir.1988), we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.